UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:16-mj-01098-BO

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | **ORDER** |
| PARKER C. DYMOND : | |
| DEFENDANT : | |

THIS MATTER coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on October 7, 2016 thirty (30) days will have passed since the defendant surrendered his license after having been charged with operating a motor vehicle under the influence of alcohol. IT IS, THEREFORE, ORDERED that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 1021 Saint Michaels Road, Mount Airy, Maryland 21771.

This 17 day of October, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE